UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONDRA McKERRICHER,

       Plaintiff(s),

Case No. 08-15025

vs.

HON. GEORGE CARAM STEEH

CleanNet OF GREATER MICHIGAN, et al

       Defendant(s).
_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 1, 2010 the attorneys of record advised the court that a settlement had been reached and there being no further communication with the court to the contrary;

This case hereby is DISMISSED WITHOUT PREJUDICE.  This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.  Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

       SO ORDERED.

                                         s/George Caram Steeh
                                         GEORGE CARAM STEEH
                                         UNITED STATES DISTRICT JUDGE

Dated: September 8, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on
September 8, 2010 by electronic and/or ordinary mail.

                                         s/Marcia Beauchemin
                                         Deputy Clerk